UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORMAN CLANCY,<br><br>   Plaintiff,<br><br> v.<br><br>JERRY MANCUSO, et al.,<br><br>   Defendants. | Case No. 20-cv-05176-VKD<br><br>**ORDER RE PLAINTIFF'S SHOW CAUSE RESPONSE** |

  Plaintiff Norman Clancy filed this action on July 28, 2020. Dkt. No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Mr. Clancy's last day to complete service on defendants or to file a motion for administrative relief from the service deadline was October 26, 2020. The docket does not indicate that Mr. Clancy has completed service or that defendants have waived service of summons. Accordingly, on October 30, 2020, the Court issued an order to show cause requiring Mr. Clancy to file a show cause response by November 6, 2020 as to why the Court should not recommend that the action be dismissed without prejudice for failure to timely complete service of process and for failure to prosecute. Dkt. No. 6.

  Mr. Clancy did not file any show cause response as order. Instead, on November 5, 2020, he filed an application for entry of default against all defendants, which the Clerk of the Court declined. Dkt. Nos. 7, 8. Mr. Clancy's application contains a number of questionable assertions. First, he states that each defendant was served on November 14, 2020—nine days into the future. Dkt. No. 7 at ECF pp. 2, 5; Dkt. No. 7-1 ¶ 2. Second, he asserts that proof of such service is "on file with this Court," but a review of the docket in this case shows that Mr. Clancy has not filed a proposed summons, much less any proof of service of the issued summons and complaint. Dkt.

No. 7 at ECF pp. 2, 5; Dkt. No. 7-1 ¶ 2.  Third, Mr. Clancy's application and his declaration in support thereof are dated December 4, 2020, again in the future.  Dkt. No. 7 at ECF p. 4; Dkt. No. 7-1 at ECF p. 3.  Fourth, the certificate of service purportedly completed and signed by one Ellen Clancy on December 4, 2020 states that she served defendants on November 14, 2020—additional temporal impossibilities.  Dkt. No. 7-2 at 1.  The Court admonishes Mr. Clancy that all representations made to this Court must be truthful and accurate, especially those made under penalty of perjury.

Accordingly, the Court again orders Mr. Clancy to file a show cause response by **November 16, 2020** that explains what specific actions he took between July 28, 2020 and October 30, 2020 to prosecute this case, and why the Court should not recommend that the action be dismissed without prejudice for failure to timely complete service of process and for failure to prosecute the case.  Failure to comply with this order may result in sanctions against Mr. Clancy in addition to the Court's recommendation that this action be dismissed.

The Court encourages Mr. Clancy to seek out the assistance of the Federal Pro Se Program, which offers free legal information for pro se litigants.  While the Program does not provide legal representation, a licensed attorney may assist Mr. Clancy in responding to the Court's order to show cause.  The Program's phone number is (408) 297-1480.  More information on the Program is available on the Court's website at https://cand.uscourts.gov/helpcentersj.

Mr. Clancy may also wish to consult a manual the Court has adopted to assist pro se litigants in presenting their case.  An online version of the manual, as well as other free information for pro se litigants, is available on the Court's website at https://cand.uscourts.gov/pro-se.

**IT IS SO ORDERED.**

Dated: November 9, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge

2